RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JAIME CERVANTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIME CERVANTES, et al.,<br><br>Defendants.<br>_____ / | CR. 12-00792-YGR<br><br>**JOINDER BY DEFENDANT JAIME CERVANTES IN CO-DEFENDANTS HENRY CERVANTES' AND ALBERTO LAREZ'S OBJECTIONS TO GOVERNMENT'S MOTION FOR PRETRIAL DETERMINATION OF ADMISSIBILITY AND MOTION FOR RECONSIDERATION OF LOCKUP BEATING**<br><br>Hearing Date:  April 8, 2016<br>Hearing Time:   9:30 a.m. |

Defendant Jaime Cervantes, by and through his counsel Randy Sue Pollock, hereby joins in both Henry Cervantes' and Alberto Larez's Oppositions [Docket. 1065, 1067] to the United States' Motion for Pretrial Determination of Admissibility and Motion for Reconsideration of Larez Lockup Beating [Docket 1053].

Date:   April 4, 2016                                      Respectfully submitted,

                                                                              /s/
                                                                       RANDY SUE POLLOCK
                                                                       Counsel for Defendant
                                                                       Jaime Cervantes

*Jaime Cervantes' Joinder in Opposition to Government's Motion for Pretrial Determination of Admissibility and Motion for Recosideration of Larez Lockup Beating [Doc. 1065,1067]*