UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY CERVANTES, and others,<br><br>Defendants. | Case No. 12-cr-00792-YGR-1   (NC)<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned magistrate judge, upon review on April 7, 2016, of in camera filings made by the United States in docket numbers 1030 and 1050, find myself disqualified in the above-entitled action under 28 U.S.C. §§ 455(a), (b)(1) and (b)(3). I therefore disqualify myself from further proceedings in this case and request that District Court Judge Yvonne Gonzalez Rogers reassign the discovery referral in this case.

**IT IS SO ORDERED.**

Dated: April 8, 2016

NATHANAEL M. COUSINS
United States Magistrate Judge