UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>v.<br><br>**RUDY MARTINEZ**,<br><br>    Defendant. | Case No.: 4:12-CR-00792-YGR-8<br><br>**ORDER SETTING BRIEFING SCHEDULE RE: AMENDED 28 U.S.C. § 2255 MOTION TO VACATE**<br><br>Re: Dkt. No. 1723 |

On January 23, 2020, defendant Rudy Martinez filed an amended 28 U.S.C. § 2255 motion to vacate. (Dkt. No. 1723.) Having reviewed the docket in this matter, the Court **SETS** the following briefing schedule with regard to the amended motion:

- The government's response to the amended motion is due on or before **May 1, 2020**; and
- Martinez's reply in support of the amended motion is due on or before **May 15, 2020**.

The parties are further **ORDERED** to meet and confer prior to the filing of the government's response regarding the substance of the amended motion.

**IT IS SO ORDERED**.

Date: April 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**